Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. BAH 25 CV3475

FILED ENTERED
LODGED RECEIVED
OCT 21 2025
CLERK'S
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

I.) Demand for a Jury Trial

1.) Face of Complaint – Well Pleaded Complaint to be filed IN THE UNITED STATES OF AMERICA'S (U.S.A.) UNITED STATES (U.S.) DISTRICT COURT FOR THE DISTRICT OF MARYLAND – NORTHERN DIVISION (United States of America's [U.S.A.] Edward A. Garmatz United States [U.S.] District Courthouse at 101 West Lombard Street, Baltimore, Maryland 21201). Jerome Andrew Burnett – over 40 years of age Disabled Black Male United States of America American Citizen – United States of America (U.S.A) Government Plaintiff at 10 Hobart Court, Randallstown, Maryland 21133-2408, Baltimore County v.

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 1 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. BAH 25 CV3475

The United States America's (U.S.A.) Department of Justice (DOJ) and United States (U.S.) Attorney General at 950 Pennsylvania Avenue, Northwest (NW), Washington, District of Columbia (D.C.) 20530-0001 and United States of America's United States (U.S.) Attorney at the United States Attorney's Office in the District of Maryland at 36 South Charles Street, fourth (4th) floor, Baltimore, Maryland 21201, Defendant(s). **STATEMENT OF CLAIM:** Pursuant to 42 United States Code (U.S.C.) § 1983 enacted in the year 1871 and amended in the year 1996, the Defendant is being sued due to Obstruction of Justice – Due to Delay and Obstruction of Justice – due to delay is prohibited by 18 U.S.C. 1503 [Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 2 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. __BAH 25 CV3475__

enacted in the year 1948 and amended in the year 1996 and; 18 U.S.C. § 1505 enacted in the year 1940 and amended in the year 2004, and 18 U.S.C. § 1506 enacted in the year 1948 (Originated under 18 United States Code § 127 of 1909) and amended in the year 1994, and 18 U.S.C. § 1512 enacted in the year 1982 and amended in the year 2008, and the Bill of Rights enacted in the year 1791 and XIV Constitutional Amendment enacted in the year 1868 under the United States of America's United States (U.S.) Constitution enacted in the year 1789, and the Civil Rights Act enacted in the year 1866, and the Civil Rights Act enacted in the year 1964, and 18

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 3 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. __BAH 25 CV3475__

U.S.C. § 2 – Principles enacted in the year 1909 re-codified in the year 1948 and amended in the year 1951, and 18 U.S.C. § 242 enacted in the year (within the Civil Rights Act of 1866) 1948 (as part of Title 18 of the United States Code) and amended in the year 1996, and 18 U.S.C. § 241 enacted in the year (Enforcement Act of 1870 / and revised in 1909) 1948 and amended in the year 1996, and the Civil Rights Act enacted in the year 1968, and 18 U.S.C. § 245 enacted in the year 1968 and amended in the year 1996, and 18 U.S.C. § 1918 enacted in the year 1955 (under Public Law 89-554) and amended in the year 1996, and 18 U.S.C. § 1001 enacted

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 4 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. __BAH 25 CV3475__

in the year 1863 (as part of the False Claims Act / and codified under article 18 in the year 1948) and amended in the year 2006, and Federal Rule 4 enacted in the year 1938 (adopted by the U.S. Supreme Court on 1937) and amended in the year 2016 in Case No. 1:22-cv-02840 and; Case No. 1:23-cv-00376, and Case No. 1:24-cv-03718, and Case No. 1:25-cv-01291, and Case No. 1:25-cv-00501 at the United States of America's United States (U.S.) District Court for the District of Maryland – Northern Division (at 101 West Lombard Street, Baltimore, Maryland 21201). Due to the Obstruction of Justice – Due to Delay caused by the Court's

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 5 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____ 25 CV3475 BAH

(United States of America's Edward A. Garmatz United States District Courthouse) involvement with illegally altering documents submitted by the United States (U.S.) Government Plaintiff (Jerome Andrew Burnett) and discriminating against the United States (U.S.) Government Plaintiff's right to Federal Rule 4 Summons by not allowing service of process of Summons and "Face of Complaint – Well Pleaded Complaint" to be served on the United States (U.S.) Attorney General and United States (U.S.) Attorney to have the U.S. Attorney General and U.S. Attorney appear in case no. 1:24-cv-02840 and case no. 1:25-cv-01291, and case

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 6 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

no. 1:25-cv-00501. The United States (U.S.) Attorney General was sent complaints and requested to enter an appearance to defend Jerome Andrew Burnett's – Plaintiff's right to the Americans with Disabilities Act enacted in the year 1990 and the Americans with Disabilities Act Amendment Act enacted in the year 2008 (ADA of 1990 / ADAAA of 2008) and XIV Constitutional Amendment enacted in the year 1868 and right to the Bill of Rights enacted in the year 1791 under the United States of America's United States (U.S.) Constitution enacted in the year 1789 for case no. 1:22-cv-02840 and case no. 1:23-cv-

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 7 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

00376. The Defendant has report sequence number (No. / no.): 663853-PXV and; 481087-NRR, and 489751-HTB, and 481104-KDK, and 486340-FTT, and 481082-RWX, and 489462-RKB, as proof of the United States (U.S.) Government Plaintiff requesting an appearance and law enforcement to be provided by the United States (U.S.) Attorney General at the United States of America Department of Justice (Defendant) – pursuant to the Civil Rights Act enacted in the year 1964 and 28 United States Code (U.S.C.) § 1331 enacted in the year 1948 and amended in the year 1980. **BASIS FOR JURISDICTION:** Pursuant

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 8 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

to 28 United States Code (U.S.C.) § 1331 – Federal Question enacted in the year 1948 and amended in the year 1980 the United States of America's United States (U.S.) District Court for the District of Maryland – Northern Division at 101 West Lombard Street, Baltimore, Maryland 21201 has jurisdiction over case no. _____ and Federal Laws regarding case no. _____, pursuant to the Bill of Rights enacted in the year 1791 and XIV Constitutional Amendment enacted in the year 1868 under the United States of America's (U.S.A.) United States (U.S.) Constitution enacted in the year 1789 and; the Civil Rights

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 9 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

Act enacted in the year 1866, and the Civil Rights Act enacted in the year 1964, and ADA of 1990 / ADAAA of 2008, and 42 U.S.C. § 1983 enacted in the year 1871 and amended in the year 1996. **RELIEF:** The relief request is that the United States of America's United States (U.S.) Attorney General and United States (U.S.) Attorney, Defendants be served summons and "Face of Complaint – Well Pleaded Complaint" pursuant to Federal Rule 4 – Summons and appear in case(s) no. _____ and; case no. 1:22-cv-02840, and case no. 1:23-cv-00376, and case no. 1:24-cv-03718, and case no. 1:25-cv-01291, and [Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 10 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

case no. 1:25-cv-00501 at the United States of America's (U.S.A.) United States (U.S.) District Court for the District of Maryland – Northern Division (as of October 19, 2025 at 101 West Lombard Street, Baltimore, Maryland 21201) to defend the United States of America's United States (U.S.) Government Plaintiff's – Jerome Andrew Burnett's – Over 40 years of age Disabled Black Male American Citizen's right to the Bill of Rights enacted in the year 1791 and XIV Constitutional Amendment enacted in the year 1868 under the United States of America's (U.S.A.) United States (U.S.) Constitution enacted in the year 1789 and the ADA of 1990 /

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 11 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

ADAAA of 2008 - pursuant to the Civil Rights Act enacted in the year 1964 in all case(s). **AFFIDAVIT STATEMENT:** I, Jerome Andrew Burnett – United States (U.S.) Government Plaintiff – Over 40 years of age Disabled Black Male American Citizen in regard to case no. _____ at the United States of America (U.S.A.) United States (U.S.) District Court for the District of Maryland – Northern Division, declare under penalty of perjury that the foregoing is true and correct.

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 12 of 13]

Burnett v. The United States America (U.S.A.) Department of Justice (DOJ) Case No. _____

Executed on October 19, 2025

s/Jerome Andrew Burnett/

*Jerome Burnett*

Email address: jeromeb4@hotmail.com

Home Phone: 410-922-2205

10 Hobart Court, Randallstown, Maryland 21133-2408,

Baltimore County

[Page One (1), One Page "Face of Complaint – Well Pleaded Complaint" 13 of 13]